NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER A. BENTON-EL,**
*Petitioner,*

v.

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2011-3117

---

Petition for review of the Merit Systems Protection Board in case no. AT0752090709-I-2.

---

## ON MOTION

---

## O R D E R

Christopher A. Benton-El moves for extensions of time to file a corrected reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Benton-El's corrected reply brief is due within 21 days of the date of filing of this order. If Benton-El does not file a corrected reply brief, the case will proceed on his previously filed reply brief.

FOR THE COURT

**SEP 2 2 2011**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Christopher A. Benton-El
     Sarah M. Bienkowski, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**SEP 2 2 2011**

JAN HORBALY
CLERK